# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

**GREGORY M. WILSON**
**ADC #162142**                                                    **PLAINTIFF**

v.                          No. 2:18-cv-8-DPM-JJV

**JHONNY, Administrator, St. Francis**
**County Jail; MARTY, Jailer, St.**
**Francis County Jail; and OTIS, Jailer,**
**St. Francis County Jail**                                        **DEFENDANTS**

## ORDER

**1.** On *de novo* review, the Court adopts the partial recommendation, № 11, and overrules Wilson's objections, № 20. FED. R. CIV. P. 72(b)(3). Wilson's amended complaint doesn't allege that his rights were violated because of an official policy, an unofficial custom, a failure to train, or a conspiracy. № 10. And if Wilson wants to raise new or additional facts, he must do so in a motion to amend his complaint—not in his objections to the recommendation. Wilson's official capacity claims are therefore dismissed without prejudice.

**2.** Wilson's embedded request for a subpoena is denied. Wilson may request certain documents during discovery. He must follow the Federal Rules of Civil Procedure in making those requests. № 8 at 5; LOCAL RULE 5.5(c)(2).

**3.** Wilson's embedded motion for copies, № *20 at 5*, is granted. The Court directs the Clerk to send Wilson copies of each filing he requests and the docket sheet. *№ 1–№ 12*.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

30 April 2018