# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

GREGORY M. WILSON
ADC #162142                                                          PLAINTIFF

v.                              No. 2:18-cv-8-DPM-JJV

JONNIE JONES, Administrator, St. Francis
County Jail; MARTY WATLINGTON, Jailer,
St. Francis County Jail; and OTIS SMITH,
Jailer, St. Francis County Jail                                     DEFENDANTS

## ORDER

Unopposed partial recommendation, № 39, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Motion for summary judgment, № 36, denied. Wilson may proceed with his inadequate medical care claim against Defendants in their individual capacities. As Magistrate Judge Volpe ordered, though, Wilson must update his address by 4 March 2019. № 43. If he doesn't, then the Court will grant Defendants' motion, № 40, and dismiss Wilson's remaining claims without prejudice for failure to prosecute. LOCAL RULE 5.5(c)(2).

So Ordered.

*WPMarshall Jr.*

D.P. Marshall Jr.
United States District Judge

*19 February 2019*