# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

GREGORY M. WILSON
ADC #162142                                                              PLAINTIFF

v.                         No. 2:18-cv-8-DPM-JJV

JONNIE JONES, Administrator, St. Francis
County Jail; MARTY WATLINGTON, Jailer,
St. Francis County Jail; and OTIS SMITH,
Jailer, St. Francis County Jail                                          DEFENDANTS

## ORDER

1. The Court withdraws the reference.

2. Wilson hasn't updated his address; his mail is still being returned undelivered. № 43–47. Motion, № 40, granted. Wilson's remaining claims are dismissed without prejudice for failure to prosecute. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

5 March 2019