# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### EASTERN DIVISION

**GREGORY M. WILSON**
**ADC #162142**                                                    **PLAINTIFF**

**v.**                              **No. 2:18-cv-8-DPM**

**JONNIE JONES, Administrator, St. Francis**
**County Jail;  MARTY WATLINGTON, Jailer,**
**St. Francis County Jail;  and OTIS SMITH,**
**Jailer, St. Francis County Jail**                          **DEFENDANTS**

## JUDGMENT

Wilson**'s** complaint is dismissed without prejudice.

_D.P. Marshall Jr._
D.P. Marshall Jr.
United States District Judge

5 March 2019